BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant and Respondent, Impleaded with Another, *v.* CITY OF NEW YORK, Respondent and Appellant.

(Argued January 15, 1929; decided February 13, 1929.)

*Charles L. Woody* and *George D. Yeomans* for plaintiff, appellant and respondent.

*George P. Nicholson, Corporation Counsel (William H. King* and *Joseph A. Dodin* of counsel), for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.